```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MARIAN E DOHERTY, as
Guardian of Frances R.
Gorman and Executor of the
Estate of Patrick J. Gorman,

    Plaintiff,

v.                              Case No: 2:19-cv-145-FtM-29MRM

REGIONS BANK, an Alabama
corporation,

    Defendant/Third
    Party Plaintiff

BARBARA GORMAN and CAROLINE
SILHA,

    Third Party Defendants.

_____

## **ORDER**

This matter comes before the Court on review of the file. On April 2, 2019, defendant Regions Bank filed a Motion to Dismiss (Doc. #14). Because plaintiff has filed an Amended Complaint (Doc. #21), defendant Regions Banks' Motion to Dismiss (Doc. #14) is denied as moot.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #14) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this \_\_16th\_\_ day of July, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record